44

154 A.3d 680

ALEXANDER MARCOVICI, PLAINTIFF-PETITIONER, v. EVELYN DAVIS AS ADMINISTRATOR AND THE NEW JERSEY STATE PAROLE BOARD, DEFENDANTS-RESPONDENTS. AND OTHER RELATED CASES.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-2129/2131/2132-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 680

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. COREY MORRIS, DEFENDANT-PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000127-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.